## IN THE SUPREME COURT OF PENNSYLVANIA
### EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 54 EM 2018

                  Respondent    :

  :

          v.    :

  :

DANIEL ALTON,    :

  :

                Petitioner    :

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of July, 2018, the Petition for Review is DENIED.